BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Essure Birth Control Device Products Liability Litigation | ) ) ) ) | MDL No. 2739 |

## PROOF OF SERVICE

I, Paul Geske, hereby certify that, on August 12, 2016, I caused the foregoing *Notice of Appearance* to be electronically filed with the Clerk of the Panel using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record. A copy will also be sent via U.S. Mail to the following parties:

Bayer Corporation
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Bayer HealthCare LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Bayer HealthCare Pharmaceuticals Inc.
c/o Illinois Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Bayer Essure Inc.
c/o Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Dated: August 12, 2016                     Respectfully submitted,

                                           By: /s/ *Paul T. Geske*

                                           Myles McGuire
                                           Evan M. Meyers
                                           Paul T. Geske
                                           MCGUIRE LAW, P.C.

- 2 -

55 West Wacker Drive
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
emmeyers@mcgcpc.com
pgeske@mcgpc.com

John Sawin
SAWIN LAW FIRM, LTD.
55 West Wacker Dr., 9th fl.
Chicago, Illinois 60601
Tel: (312) 853-2490
Fax: (312) 327-7072
jsawin@sawinlawyers.com

Scott Morgan
MORGAN LAW FIRM, LTD.
55 West Wacker Dr., 9th fl.
Chicago, Illinois 60601
Tel: (312) 327-3386
Fax: (888) 396-2478
smorgan@smorgan-law.com

*Counsel for Plaintiffs Todd Rowe and Shannon Rowe*