UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ESSURE BIRTH CONTROL DEVICE
PRODUCTS LIABILITY LITIGATION                    MDL No. 2739

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE SEPTEMBER 29, 2016, HEARING SESSION ORDER

Before the Panel is a motion by plaintiffs Helen McLaughlin; Ruth Ruble; Melda Strimel; Susan Stelzer; Heather Walsh; Stacy Clarke, et al.; Valerie Souto, et al.; Yolonda Bailey, et al.; Bradley Bailey, et al.; Stacy Morgan, et al; Melissa Tulgetske, et al.; Claudia Abbey, et al.; Mandy Burgis, et al.; Krystal Donahue, et al.; Harmony Mantor, et al.; Christine O'Donnell, et al.; Cynthia Gross, et al.; Danielle Johnson, et al.; Jennifer Summerlin, et al.; Kristyn Rodvill, et al.; Madeline Bernal, et al.; Jammie Aponte, et al.; and Alexandra Dunstan, et al., filed pursuant to 28 U.S.C. § 1407.  In their motion, plaintiffs seek centralization in the United States District Court for the Eastern District of Pennsylvania of the actions on the attached schedule for coordinated or consolidated pretrial proceedings.  Movants now seek to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 11, 2016, are VACATED insofar as they relate to this matter.

IT IS FURTHER ORDERED that the motion for an extension of time, filed by plaintiffs Shannon Rowe, et al., is denied as MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ESSURE BIRTH CONTROL DEVICE
PRODUCTS LIABILITY LITIGATION                    MDL No. 2739

## SCHEDULE A

| DIST | DIV. | C.A. NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 16-03369 | Scott v. Bayer Corporation et al |
| CAN | 3 | 16-03437 | Aigner, et al v. Bayer Corporation, et al |
| **IDAHO** | | | |
| ID | 4 | 15-00443 | Richardson et al v. Bayer HealthCare Pharmaceuticals Inc. et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 16-00601 | Dorman et al v. Bayer Corporation et al |
| MOE | 4 | 16-01105 | Williams et al v. Bayer Corporation et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 14-07315 | MCLAUGHLIN v. BAYER, CORP. et al |
| PAE | 2 | 14-07316 | RUBLE v. BAYER, CORP. et al |
| PAE | 2 | 14-07317 | STRIMEL v. BAYER, CORP. et al |
| PAE | 2 | 14-07318 | STELZER v. BAYER, CORP. et al |
| PAE | 2 | 15-00384 | WALSH v. BAYER CORP., et al |
| PAE | 2 | 16-01645 | CLARKE et al v. BAYER, CORP. et al |
| PAE | 2 | 16-01921 | SOUTO et al v. BAYER, CORP. et al |
| PAE | 2 | 16-02154 | BAILEY v. BAYER CORP. et al |
| PAE | 2 | 16-02166 | BAILEY et al v. BAYER, CORP. et al |
| PAE | 2 | 16-02717 | MORGAN et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03049 | TULGETSKE et al v. BAYER CORP. et al |
| PAE | 2 | 16-03409 | ABBEY et al v. BAYER CORP. et al |
| PAE | 2 | 16-03589 | BURGIS et al v. BAYER CORP., et al |
| PAE | 2 | 16-03710 | DONAHUE et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03730 | MANTOR et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03731 | O'DONNELL et al v. BAYER CORP. et al |
| PAE | 2 | 16-03732 | GROSS et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03733 | JOHNSON et al. v. BAYER, CORP, et al. |
| PAE | 2 | 16-03766 | SUMMERLIN et al v. BAYER CORP. et al |
| PAE | 2 | 16-03767 | RODVILL et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03768 | BERNAL et al v. BAYER, CORP. et al |
| PAE | 2 | 16-03769 | APONTE et al v. BAYER CORP., et al |
| PAE | 5 | 16-01458 | DUNSTAN et al v. BAYER CORP. et al |